July 12, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

ST. THOMAS HIGH SCHOOL, Appellant

NO. 14-16-00096-CV                    V.

M.F.G. AND G.G., Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the temporary injunction signed by the court below on February 3, 2016. Because the appeal is moot, we order the appeal **DISMISSED**.

Appellate costs are assessed against the party incurring the same.

We further order this decision certified below for observance.